UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Randy Morris Fuewell, #279287, | ) | C/A No. 4:12-956-RBH |
| *aka Randy Morris Furwell,* | ) | |
| *aka Randy M. Furwell,* | ) | |
| *aka Randy M. Fuewell,* | ) | |
| | ) | |
| Plaintiff, | ) | Order |
| | ) | |
| vs. | ) | |
| | ) | |
| Warden Leroy Cartledge; Associate J. Parker; | ) | |
| Doctor David E. Koon; Doctor Kosher; | ) | |
| Doctor Allen; Nurse T. James; | ) | |
| Doctor John B. McCree; | ) | |
| Lt. Donald Gilchrist; Capt. Joseph Stevens; | ) | |
| Ida Culbreath; Nurse Vera Courson; | ) | |
| Nurse Anita Crawford; | ) | |
| Nurse Tamika Holiday;Terry Andrews; | ) | |
| Joyce L. Young; Nurse Pam Cushman; | ) | |
| Dentist Assistant Freeman Wardlaw, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner at McCormick Correctional Institution in McCormick, South Carolina who, proceeding *pro se,* filed a complaint concerning prison conditions pursuant to 42 U.S.C. § 1983. By Order dated June 7, 2012, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Specifically, Plaintiff was asked to provide a complete Form AO-240 in order to apply to proceed *in forma pauperis*, and to provide service documents for all defendants. Plaintiff was warned that failure to provide the necessary information within the timetable set in the Order would subject the case to dismissal. Plaintiff did not respond to the order and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. The case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/R. Bryan Harwell
R. Bryan Harwell
United States District Judge

July 20, 2012
Florence, South Carolina